1  Mark P. Robinson, Jr., SBN 054426
   Carlos A. Prietto, III, SBN 166410
2  Ted B. Wacker, SBN 157416
   ROBINSON, CALCAGNIE & ROBINSON
3  620 Newport Center Drive, 7th Floor
   Newport Beach, CA 92660
4  949-720-1288
   949-720-1292 Fax
5
   Attorneys for Plaintiff
6  DOROTHY HUGHES

7

8

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

| 13 | IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M 05-CV-1699-CRB |
|---|---|---|
| | | MDL No. 1699 |
| | | JUDGE BREYER |
| | This document relates to: DOROTHY HUGHES Individual Case No. C 05-5412 CRB | STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 05-6273 SJO, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA |

21     **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for
22  Plaintiff and counsel for Defendants that the Complaint of Plaintiff, Dorothy Hughes,
23  originally filed in the Central District of California, Case Number CV 05-6273 SJO,
24  and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing,*
25  *Sales Practices and Products Liability Litigation*, with the assigned individual case
26  number C 05-5412 CRB, may be and is hereby dismissed without prejudice.
27
28

 1  The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim,
 2  Plaintiff will only re-file in Federal Court.
 3  The parties shall each bear their own costs.
 4
 5  Dated: July 21, 2006                ROBINSON, CALCAGNIE & ROBINSON
 6
 7                                      _____
                                        Mark P. Robinson, Jr., SBN054426
 8                                      mrobinson@rcrlaw.net
                                        Carlos A. Prietto, III, SBN 166410
 9                                      cprietto@rcrlaw.net
                                        Ted B. Wacker, SBN 157416
10                                      twacker@rcrlaw.net
                                        620 Newport Center Drive, 7th Floor
11                                      Newport Beach, CA 92660
                                        Telephone: (949) 720-1288
12                                      Fax: (949) 720-1292
13                                      -AND-
14                                      Samuel M. Wendt, MO #53573
                                        David Peterson, MO #32229
15                                      PETERSON & ASSOCIATES, P.C.
                                        801 West 47th Street, Suite 107
16                                      Kansas City, MO 64112-1253
                                        Telephone: (816) 531-4440
17                                      Fax: (816) 531-0660
18                                      *Counsel for Plaintiff*
                                        DOROTHY HUGHES
19
20  Dated: July 27, 2006                GORDON & REES
21
22                                      _____
23                                      Stuart M. Gordon, Esq.
                                        sgordon@gordonrees.com
24                                      Embarcadero Center West
                                        275 Battery Street, 20th Floor
25                                      San Francisco, CA 94111
                                        Telephone: (415) 986-5900
26                                      Fax: (415) 986-8054
27                                      *Defendants' Liaison Counsel*
28

STIPULATION AND ORDER OF DISMISSAL

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: _Aug. 01, 2006_

HONORABLE CHARLES R. BREYER

